Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4611 N. Ravenswood Ave., Suite 201
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
PATRICIA LOAISIGA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICIA LOAISIGA, <br><br> Plaintiff, <br><br> v. <br><br> CONVERGENT OUTSOURCING, INC., <br><br> Defendant. | Case No.: 3:15-CV-05891 |

### **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, PATRICIA LOAISIGA, through her attorney, Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, CONVERGENT OUTSOURCING, INC.

RESPECTFULLY SUBMITTED,

DATED:  January 18, 2016          AGRUSS LAW FIRM, LLC

                                By: /s/  Michael S. Agruss
                                    Michael S. Agruss
                                    Attorney for Plaintiff
                                    PATRICIA LOAISIGA